

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00823-CV

Eduardo Martinez **ARIZALA**,
Appellant

v.

Lourdes Lizeth Martinez **ARIZALA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI14443
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: March 15, 2023

DISMISSED FOR LACK OF JURISDICTION

On December 8, 2022, Eduardo Martinez Arizala, appellant, filed a notice of appeal stating his intent to appeal a divorce decree. The clerk's record was filed on January 12, 2023. Although the clerk's record contains the judge's notes, the clerk's record contains neither a final judgment nor an interlocutory order that may afford an authorized interlocutory appeal. *See Indus. Specialists, LLC v. Blanchard Ref. Co.*, 652 S.W.3d 11, 14 (Tex. 2022) (plurality op.) (explaining, absent an exception, an appeal may be taken only from a final judgment); *Alexander Dubose Jefferson & Townsend LLP v. Chevron Phillips Chem. Co., L.P.*, 540 S.W.3d 577, 581 (Tex. 2018)

("Usually, only final judgments are subject to appeal."); *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.) (noting "judge's notes contained in the clerk's record do not constitute a final order.")  In response to this court's inquiry, the trial court clerk confirmed that the clerk's record does not contain a final order.  This court ordered appellant to show cause in writing by February 6, 2023, why this appeal should not be dismissed for lack of jurisdiction.  Appellant has filed no response.  Because neither a final judgment nor an interlocutory order that may afford an authorized interlocutory appeal has been signed in the underlying cause, this appeal is dismissed for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM